930

Nos. 529, 530 and 531. STANDARD OIL CO. OF INDIANA *v.* SUPERIOR COURT OF DELAWARE IN AND FOR NEW CASTLE COUNTY ET AL. *Per Curiam:* The appeals are dismissed for want of a substantial federal question. *Hugh M. Morris, Ralph S. Harris, John R. McCullough* and *Frederick W. P. Lorenzen* for appellant.

No. 535. THOMAS *v.* DAUGHTERS OF UTAH PIONEERS ET AL. *Per Curiam:* The appeal is dismissed for want of a properly presented substantial federal question. *H. A. Rich* for appellant. *Clinton D. Vernon,* Attorney General of Utah, for appellees.

No. 560. FOX *v.* FOX. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Charles E. Congdon* for appellant. *Alfred M. Saperston* for appellee.

No. 283. RILEY, LABOR COMMISSIONER, ET AL. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 633, ET AL. *Per Curiam:* The petition for writ of certiorari is granted. It appearing that the cause has become moot, the judgment of the Supreme Court of New Hampshire is vacated without costs and the cause is remanded for such proceedings as by that Court may be deemed appropriate. *Ernest R. D'Amours,* Attorney General of New Hampshire, for petitioners. *H. Thornton Lorimer* for respondents.